IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,
    PLAINTIFF,

V.

BRENDA MARCUS; ALABAMA
DEPT. OF CORRECTIONS;
    DEFENDANTS.

CASE NO. 2:07CV 886-mht

RECEIVED
2007 OCT -3 A 10: 22
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## EXIGENT COMPLAINT, AND AFFIDAVIT

### PARTIES

WOODBURCK NOE, A.I.S.: 148475, DORM F2-4A, P.O. BOX 5107, UNION SPRINGS, AL. 36089-5107;
BRENDA MARCUS, BULLOCK COUNTY CORRECTIONAL FACILITY, HWY. 82 W, P.O. BOX 5107, UNION SPRINGS, AL. 36089-5107; ALABAMA DEPT. OF CORRECTIONS, 1400 LLOYD ST., MONTGOMERY, AL. 36130;
ALABAMA DEPT. OF CORRECTIONS, 1400 LLOYD ST., MONTGOMERY, AL. 36130.

### JURISDICTION

JURISDICTION OF THIS COURT IS, AND LIES UNDER UNITED STATES CONSTITUTION AMENDMENTS ONE, FOUR, FIVE, EIGHT, AND FOURTEEN BY WHICH MATTERS EXPLAINED IN THIS CASE ARISE.

## CLAIM

Comes the plaintiff, PROSE, and moves this court to grant relief requested based on facts submitted in this document affirmed to under penalty of perjury as true; I attempt to present this document in the best manner possible as to form, and content due to unavailable, or limited means to do legal work with resources; I don't know if you may receive this document, but extreme, and insidious violations are being committed in the Alabama Dept. of Corrections. A special investigation is necessitated by the gravity of the circumstances.

## GROUND ONE

I am in extreme peril being on September 18, 2007 I was issued a disciplinary for trying to get assistance from Ms. Marcos, a Correctional Supervisor I; when I knocked on the door of the shift commander's office she was in Lt. Marcos told me to stop knocking on the door, and to get away from the door by her arbitrariness. The defendant refused to let me tell her why I knocked on the door, but she arbitrarily wrote me a disciplinary report, and I was concerned for my safety being I wanted to tell her about an inmate I had a problem with who was hostile, belligerent, and made threats.

Lt. Marcos made a retaliation by having me get a body chart September 17, 2007 saying she was going to beat me "to the punch," and being I filed lawsuits on her with other officials at

2

BULLOCK COUNTY CORRECTIONAL FACILITY WHERE THE INCIDENT HAPPENED. I WAS PROSECUTED, AND FOUND GUILTY OF THE DISCIPLINARY FOR FAILURE TO OBEY A DIRECT ORDER UNDER RULE #56 OF ADMINISTRATIVE REGULATION 403, BECAUSE SHE SAID SHE GAVE ME A DIRECT ORDER TO STOP KNOCKING ON THE DOOR. I WAS FOUND GUILTY SEPTEMBER 27, 2007; THE APPROVAL OF SUCH WAS SEPTEMBER 27, 2007 ALSO.

THERE IS A CONSPIRACY TO HAVE ME DEPRIVED OF MY RIGHTS BY THE DEFENDANTS AS TO AMENDMENTS ONE, FOUR, FIVE, EIGHT, AND FOURTEEN BEING I FILED COMPLAINTS ON THEM, AND THEY HAVE RETALIATED AGAINST ME PREVENTING ME TO HAVE ACCESS AS TO AUTHORITIES, OR SUPERIORS; FREEDOM FROM APPREHENSION, DUE PROCESS, FREEDOM FROM CRUEL, AND UNUSUAL PUNISHMENT WITH MISTREATMENT. THE ALABAMA DEPT. OF CORRECTIONS IS THE ENTITY WHICH EMPLOYS, AND SUPERVISES MS. MARCUS, BUT HAS FAILED TO PROPERLY MONITOR HER, OR CHECK HER TO ENSURE SHE DOES NOT COMMIT HORRENDOUS VIOLATIONS AS WAS CAUSED BASED ON REPORTS I SUBMITTED.

MY AFORESAID RIGHTS WERE DEPLORABLY BREACHED BY THE COMMISSIONS OF THE CORRUPT DEFENDANTS. WHAT KIND OF DIRECT ORDER COULD SUCH HAVE BEEN GIVEN FOR ME TO NOT KNOCK ON THE DOOR, OR TO GET AWAY FROM IT AS I DIDN'T BEING I PERSISTED?

### RELIEF SOUGHT

DUE TO THE AFOREMENTIONED EXPLANATIONS DESCRIBING THE FLAGRANCY, AND ARBITRARINESS OF THE DEFENDANTS BY THEIR RECKLESS VIOLATIONS FOR DISREGARDING MY RIGHTS IT IS EMPHATICALLY REQUESTED THAT RELIEF BE GRANTED THROUGH JUDGMENT HAVING THEM

3

PERMANENTLY, AND IMMEDIATELY TERMINATED FROM THEIR POSITIONS OF EMPLOYMENT BESIDES HAVING THEM PAY ME $6,000,000,000; OR ALL THE MONEY THEY HAVE WITH ME BEING RELEASED FROM THEIR CUSTODY.

DATE: 10.1.07

RESPECTFULLY SUBMITTED,

*Woodburck N*

WOODBURCK NOE, PRO SE
A.I.S.: 148475
DORM F2-4A
P.O. BOX 5107
UNION SPRINGS, AL. 36089-5107

4

WOODBURGH, NOE
AIS 148475
DORM F2-4A
PO BOX 5107
UNION SPRINGS AL 36089-5107

UNITED STATES COURT HOUSE
UNITED STATES DISTRICT COURT
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711

$00.41
OCT 02 2007
MAILED FROM ZIP CODE 36089
PITNEY BOWES