# UNITED STATES DISTRICT COURT

~~NORTHERN~~ MIDDLE District of ALABAMA

WOODBURCK NOE,
  Plaintiff

V.

BRENDA MARCUS; ALABAMA
DEPT. OF CORRECTIONS,
  Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07CV 884 -MHT
CV-886

I, WOODBURCK NOE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  BULLOCK COUNTY CORRECTIONAL FACILITY

   Are you employed at the institution? YES   Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. (SEE ATTACHED MESSAGE REGARDING INABILITY)

2. Are you currently employed?     ☐ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends                ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
   d. Disability or workers compensation payments        ☐ Yes     ☒ No
   e. Gifts or inheritances                              ☐ Yes     ☒ No
   f. Any other sources                                  ☒ Yes     ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

BROTHER; $100; DON'T EXPECT TO CONTINUE TO RECEIVE MONEY

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

10-11-07                    _Woodleft M_____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

October 14, 2007
To The Court:
In regards to the indigency/in-forma-pauperis treatment form, for your information, no application for a certified statement was sent with it to said district corrections done on my prison account the last six months.
However, I attempted to have a certified statement of such October 11, 2007 from prison officials, but they refused to assist my obtaining it, and one of them is a defendant in the complaint pending.
Please process the request being I have @ $11.18 only.
I Affirm under penalty of perjury as to the message of this document as true.
Additionally, there are critical issues involved in this matter which are sensitive, and in need of being rectified.
Thank you.

Respectfully submitted,
Woodburck Noe
WOODBURCK NOE
A.I.S.: 148475
Dorm F2-8A
P.O. Box 5107
UNION SPRINGS, AL. 36089-5107

WOODBURN NOE
AIS 148475
DORM F2-8A
PO BOX 5107
UNION SPRINGS AL
36089-5107

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711

MAILED FROM ZIP CODE 36089
OCT 16 2007
$ 00.41
PITNEY BOWES