IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,
    PLAINTIFF,
V.
BRENDA MARCUS, ET AL
    DEFENDANTS.

\* \* \* \* \* \* \*

CASE NO. 2:07-CV-886

RECEIVED
2007 OCT 31 A 9:51
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## OBJECTION TO ORDER, AND RECOMMENDATION OF THE MAGISTRATE JUDGE, WITH AFFIDAVIT

COMES THE PLAINTIFF, PRO SE, IN THE ABOVE-STYLED CASE, AND SUBMITS THIS OBJECTION TO THE ORDER, AND RECOMMENDATION OF THE MAGISTRATE JUDGE ENTERED OCTOBER 22, 2007 BASED ON THE FOLLOWING INFORMATION AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY:

THE MAGISTRATE PRESENTS THE INDIGENCY REQUEST SHOULD NOT BE GRANTED, AND THE COMPLAINT DISMISSED REGARDING A CONCEPT OF "IMMINENT DANGER OF SERIOUS PHYSICAL INJURY." HOWEVER, EXIGENCY EXISTS WARRANTING REVIEW WITH REMEDY BY THIS COURT BEING THE ARBITRARY ACTIONS OF THE DEFENDANTS AS EXPLAINED IN THE COMPLAINT SHOULD DEMONSTRATE THEIR CAUSING, OR CREATING A SITUATION TO HAVE ME IMMINENTLY IMPERILED WHEN I SOUGHT ASSISTANCE OF A SUPERVISOR, BUT INSTEAD RECEIVED A DISCIPLINARY REPORT. THE SUPERVISOR'S SUPERIOR FAILED TO RECTIFY THE SITUATION, BUT ALLOWED THE HAZARD TO GO UNCHECKED. I HAVE SUBMITTED NUMEROUS REPORTS TO SUCH

SUPERIOR BESIDES OTHER AUTHORITIES ABOUT MS. MARCUS' VICE COMMISSIONS WHO PERMITTED VIOLATIONS PERPETUATING BREACHES OF MY FIRST, FOURTH, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION WHICH IS WHY I DESCRIBED THE COMPLAINT AS EXIGENT. I COULD BE IN SUCH DANGER EXPRESSED.

AS THE MAGISTRATE JUDGE INCLUDES IN HIS COMPLAINT THERE IS A CONSPIRACY BASED ON THE DOCUMENT. THE MAGISTRATE JUDGE'S ENTRY ALSO CONTAINS MISINFORMATION WITH MISLEADING DATA SUCH AS "2007AT" ON PAGE #2, AND "WEN" ON PAGE #3.

THEREFORE, FOR THE REASONS PRESENTED IT IS EMPHATICALLY REQUESTED THAT JUDGEMENT BE GRANTED TO PRESERVE RIGHTS HORRENDOUSLY VIOLATED UNDER AMENDMENTS ONE, FOUR, EIGHT, AND FOURTEEN WITH THIS COURT HAVING THE DEFENDANTS PERMANENTLY TERMINATED; ME RELEASED FROM THEIR CUSTODY; AND PAY ME PAID ALL THEIR MONEY, OR $1,000,000,000 TO AVERT, AND PREVENT POSSIBLE DETRIMENTAL HARM OF THEIR CONSPIRACY.

DATE: 10.29.07

RESPECTFULLY SUBMITTED,

WOODBURCK NOE
A.I.S.: 148475
DORM F2-8A
P.O. BOX 5107
UNION SPRINGS, AL.
36089-5107

2

WOODBUCK NOE
AIS 148415
Dorm F2-8A
PO BOX 5107
UNION SPRINGS AL 36089-5107

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711