IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WOODBURCK NOE,                    )
                                  )
    Plaintiff,                    )
                                  )        CIVIL ACTION NO.
    v.                            )          2:07cv886-MHT
                                  )               (WO)
BRENDA MARCUS and ALABAMA         )
DEPARTMENT OF CORRECTIONS,        )
                                  )
    Defendants.                   )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging a disciplinary lodged against him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of November, 2007.


           /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE