12-6-07

To Court,

I have moved to the address on the return part on the envelope. It is of Montgomery, A & I. By the way, I don't know if you will receive this mail.

Thank you.

Sincerely,

Wendell [illegible]

P.S. Please send me your contact information, and let me know if it has changed.