IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,
    PLAINTIFF,

VS.

BRENDA MARCUS; ALABAMA
DEPT. OF CORRECTIONS,
    DEFENDANTS.

CASE NO. 2:07CV886

RECEIVED
2007 DEC 17 A 10: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REQUEST TO APPEAL, HAVE CERTIFICATE OF APPEALABILITY, AND FILE OUT OF TIME WITH AFFIDAVIT

COMES THE PLAINTIFF, PRO SE, AND MOVES THIS COURT FOR APPEAL OF THE DECISION ENTERED IN THE ABOVE-STYLED CAUSE NOVEMBER 14, 2007; AND REQUESTS A CERTIFICATE OF APPEALABILITY WITH FILING SUCH OUT OF TIME BASED ON THE INCLUDED INFORMATION PURSUANT TO UNITED STATES CONSTITUTION AMENDMENT ONE AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY BEING HE WAS UNABLE TO TIMELY, AND MEANINGFULLY SUBMIT SUCH REQUEST FOR UNAVAILABLE, OR LIMITED MEANS TO PERFORM LEGAL WORK DUE TO TACTICS OF PRISON OFFICIALS IN THE PENAL SYSTEM HE'S CONFINED.

DATE: 12.6.07

RESPECTFULLY SUBMITTED,

*[signature]*
WOODBURCK NOE
A.I.S.: 148475

WOODBUKCK NOE
AIS 148425
D7-SB
223 SASSER DR
HAMILTON AL 35570-6652

LEGAL MAIL

UNITED STATES DISTRICT COURT
UNITED STATES COURT HOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711

361010711 B007

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."