IN THE UNITED STATES DISTRICT COURT

WOODBUCK NOE,
    PLAINTIFF,

V.

BRENDA MARCUS; ALABAMA DEPT. OF CORRECTIONS,
    DEFENDANTS.

CASE NO. 2:07CV886

RECEIVED 2007 DEC 17 A 10:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR APPOINTMENT OF COUNSEL, AND INDIGENCY TREATMENT WITH AFFIDAVIT

COMES THE PLAINTIFF, <u>PRO SE</u>, AND MOVES THIS COURT TO GRANT THIS MOTION FOR APPOINTMENT OF COUNSEL, AND INDIGENCY TREATMENT PURSUANT TO UNITED STATES CONSTITUTION AMENDMENT ONE ACCORDING TO THE INCLUDED INFORMATION AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY:

    I AM UNEMPLOYED, AND HAVE ONLY $5.29 ON MY PRISON ACCOUNT;

    I HAVE NO PROPERTY, ASSETS, OR MEANS TO PAY FOR COURT COSTS, OR A LAWYER;

    I HAVE LIMITED KNOWLEDGE, AND EXPERIENCE CONCERNING LAW WITH JUDICIAL PROCEDURE;

    MY D.O.B. IS 5-2-60; MY SOCIAL SECURITY NUMBER IS 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;

    EXIGENT CIRCUMSTANCES EXIST REGARDING THE PRESENT ACTION SUBMITTED THROUGH COURT DOCUMENTS;

    THE ENDS OF JUSTICE WOULD BE SERVED BY GRANTING THIS

REQUEST TO PRESERVE MY RIGHTS UNDER AMENDMENTS FOUR, FIVE, SIX, EIGHT, AND FOURTEEN;

IT IS SOUGHT THAT I BE ALSO DISCHARGED FROM STATE CUSTODY;

THEREFORE, FOR THE REASONS PRESENTED IT IS EARNESTLY REQUESTED JUDGMENT BE ENTERED FOR THE MATTER.

DATE- 12.6-07

RESPECTFULLY SUBMITTED,

WOODBURCK NOE
A.I.S.-148475