# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**                          **TELEPHONE**
  CLERK                                                                                          (334) 954-3610

**December 17, 2007**

Mr. Thomas K. Kahn, Clerk                     USDC No. CV-07-T-00886-N
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                             USCA No. _____
Atlanta, GA  30303

            IN RE: WOODBURCK NOE V. BRENDA MARCUS, ET AL.
_____

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [  ]
_X_ First Notice of Appeal: _X_ Yes, ___ No    Date(s) of Other Notices: _____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
_X_No                    Date of Hearing(s): _____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.): _____
_X_  IFP___; and/or _X_ APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;__Yes, _X_ No: _____Date , Receipt# _____
___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.
_____

Certified record on appeal consisting of:
                  ___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
                  ___SEALED ITEMS, ie.  __PSI(s)____; OTHER____; TAPE(s)_____
                  ___Exhibits:___Envelope
                  ___Volume (s) of Original Papers
_____

                           Sincerely,

                           DEBRA P. HACKETT, CLERK

                           By:    Donna M. Norfleet
                                   Deputy Clerk