IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv886-MHT |
| ) | |
| BRENDA MARCUS and ALABAMA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the motion for appointment of counsel (Doc. No. 10) is denied.

DONE, this the 18th day of December, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**