IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>BRENDA MARCUS and ALABAMA )<br>DEPARTMENT OF CORRECTIONS, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:07cv886-MHT |

ORDER

It is ORDERED that the motion for certificate of appealability (Doc. No. 9) is denied as unnecessary.

DONE, this the 18th day of December, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE