IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WOODBURCK NOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv886-MHT |
| | ) | |
| BRENDA MARCUS and ALABAMA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for out-of-time appeal (Doc. No. 9) is denied.

DONE, this the 18th day of December, 2007.

                      /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**