## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
CLERK

TELEPHONE  
(334) 954-3610

**December 17, 2007**

Mr. Thomas K. Kahn, Clerk  
United States Court of Appeals, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA 30303

USDC No. CV-07-T-00886-N

USCA No. 07-15880H

*U.S. COURT OF APPEALS RECEIVED CLERK DEC 2 0 2007 ATLANTA, GA.*

IN RE: WOODBURCK NOE V. BRENDA MARCUS, ET AL.

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]

_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

___Yes, The Court Reporter(s) is/are:

_X_ No                             Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

_X_ IFP___; and/or _X_ APPEALABILITY/CPC is pending in this Court.

___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:

_X_ The Appellate docket fee has been paid;___Yes, _X_ No:_____Date , Receipt#_____

___Appellant has been ___GRANTED; ___DENIED IFP, Copy of Oder enclosed.

___Appellant has been ___GRANTED; ___DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ___ Supersedeas Bond

_X_ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:

____Volume(s) of Pleadings, _ Volume(s) of Transcripts,  
____SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____  
____Exhibits:____Envelope  
____Volume (s) of Original Papers

---

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Donna M. Norfleet  
      Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 21, 2007

**Appeal Number: 07-15880-H**
Case Style: Woodburck Noe v. Brenda Marcus
District Court Number: 07-00886 CV-T-N

TO:   Woodburck Noe (AIS 148475)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 21, 2007

Woodburck Noe (AIS 148475)
Hamilton Aged & Infirmed
223 SASSER DR
HAMILTON AL 35570-6652

**Appeal Number: 07-15880-H**
Case Style: Woodburck Noe v. Brenda Marcus
District Court Number: 07-00886 CV-T-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

The district court has denied your motion to proceed on appeal in forma pauperis, certifying that your appeal is frivolous and not taken in good faith. The district court has also directed that you pay fees required to maintain this appeal pursuant to 28 U.S.C. §1915 (as amended by the Prison Litigation Reform Act).

Pursuant to Fed.R.App.P. 24(a) and 11th Cir. R 24-2, you must file a motion for leave to proceed with this appeal within thirty (30) days from the date of this letter. If such a motion is not received within thirty (30) days, this appeal will be DISMISSED by the clerk without further notice pursuant to 11th Cir. R. 42-1(b).

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance forms are available on the Internet at www.ca11.uscourts. gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

PLRA-6 (11-2007)