```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003819
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: HAMILTON CORR FACILTY
----------------------------------------
PLRA CIVIL FILING FEE
 For: WOODBURCK NOE
 Case/Party: D-ALM-2-07-CV-000886-001
 Amount:         $40.00
----------------------------------------
CHECK
 Check/Money Order Num: 7580
 Amt Tendered:  $40.00
----------------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00
```