Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 27, 2008

**Appeal Number: 07-15880-H**
Case Style: Woodburck Noe v. Brenda Marcus
District Court Number: 07-00886 CV-T-N ()

TO:  Woodburck Noe (AIS 148475)

CC:  Debra P. Hackett

CC:  Troy King

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2008

Woodburck Noe (AIS 148475)
Hamilton Aged & Infirmed
223 SASSER DR
HAMILTON AL 35570-6652

**Appeal Number: 07-15880-H**
Case Style: Woodburck Noe v. Brenda Marcus
District Court Number: 07-00886 CV-T-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 2 7 2008

THOMAS K. KAHN
CLERK
```

No. 07-15880-H

WOODBURCK NOE,

                              Plaintiff-Appellant,

versus

BRENDA MARCUS,
Correctional Officer,
ALABAMA DEPARTMENT OF CORRECTIONS,

                              Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED. Appellant, while a prisoner, has filed three prior civil actions or appeals that have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, and appellant is not currently under imminent danger of serious physical injury. Accordingly, appellant cannot proceed in forma pauperis under 28 U.S.C. § 1915(b) by paying the filing fee in partial payments over time. See 28 U.S.C. § 1915(b), (g); Rivera v. Allin, 144 F.3d 719, 724 (11th Cir. 1998), abrogated in part on different grounds by Jones v. Bock, __ U.S. __, __ 127

S.Ct. 910, 920-21, 166 L.Ed.2d 798 (2007). If the appellant does not prepay the remaining balance of the entire appellate filing fee within 14 days from the date of this order, this appeal will be dismissed for lack of prosecution without further notice, pursuant to Eleventh Circuit Rule 42-1(b).

In light of this Court's "three-strikes" determination, the district court's order of December 18, 2007, assessing the appellate filing fee and setting a partial payment schedule over time is VACATED. 28 U.S.C. § 1915(g). The district court Clerk's Office is DIRECTED to refund to appellant any portion of the appellate filing fees that have been paid from appellant's prison account if the appellant does not pay the remaining balance of the appellate filing fees within 14 days of this order.

/s/ Frank M. Hull
UNITED STATES CIRCUIT JUDGE