Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

April 15, 2008

**Appeal Number: 07-15880-H**
Case Style: Woodburck Noe v. Brenda Marcus
District Court Number:  07-00886 CV-T-N

TO:   Debra P. Hackett

CC:   Woodburck Noe (AIS 148475)

CC:   Troy King

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15880-H**
Case Style: Woodburck Noe v. Brenda Marcus
District Court Number: 07-00886 CV-T-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-15880-H

---

WOODBURCK NOE,

    Plaintiff-Appellant,

versus

BRENDA MARCUS,
Correctional Officer,
ALABAMA DEPARTMENT OF CORRECTIONS,

    Defendants-Appellees.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 15th day of April, 2008.

    THOMAS K. KAHN
    Clerk of the United States Court
    of Appeals for the Eleventh Circuit

    By:  Liz McDonald
          Deputy Clerk

    FOR THE COURT - BY DIRECTION

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 1 5 2008
THOMAS K. KAHN
CLERK

TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40